# CIRCUIT COURT OF THE CITY OF RICHMOND

Christine D. Gaynor

v.

Gwynith S. Wood

February 26, 2004

Case No. LR-2276

BY JUDGE MELVIN R. HUGHES, JR.

Following the hearing on defendant's, motion to change venue, I read *Meyer v. Brown*, 256 Va. 53 (1998), cited by defendant in support of the motion.

Without recounting all the particulars, the parties agree that any basis for venue here would be derived from defendant's contacts with her gynecologist centering around office visits and surgery and follow-up surgery, all occurring here both before and after filing.

Considering *Meyer*, I do not think the activity is either "affairs or business activity" as either commercial, professional, or public business or business activity. The motion therefore is granted.